UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No: 5:13-CV-000-57-BR

| | |
|---|---|
| GARY A. KING, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| AUTO-OWNERS INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This cause comes before the Court upon the parties' joint motion for an extension of the deadlines for filing dispositive motions, and for an order memorializing the applicable Rule 25(a) deadline for substitution of a party. (DE-22). For good cause shown, the parties' joint motion is GRANTED, and the Scheduling Order (DE-20) is modified as follows:

1. The parties shall have up to and including May 10, 2014 to file dispositive motions; and
2. If no party substitutes in place of Plaintiff by April 24, 2014, this case shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 25(a)(1).

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 30th day of January, 2014.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE